Judge Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-0071P |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| KEITH D. GILBERT and ) | |
| SERGEY ZARODNYUK, ) | |
| ) | |
| Defendants. ) | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow defense counsel adequate time to investigate and effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until December 5, 2005, and that the period of time from September 26, 2005, up to and including December 5, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

ORDER CONTINUING
TRIAL/GILBERT (CR05-0071P) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED that the deadline for filing pretrial motions in
2  this case shall be September 30, 2005, and that responses to motions shall be due October 14,
3  2005.
4  DONE this 8th day of September, 2005.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
United States District Judge

Presented by:

s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

s/C. Andrew Colasurdo
C. ANDREW COLASURDO
Special Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington  98101-3903
Telephone:  (206) 553-7970
Fax:  (206) 553-0755
E-mail:  Andrew.Friedman@usdoj.gov
         Andy.Colasurdo@usdoj.gov


s/Walter G. Palmer
WALTER G. PALMER
Counsel for Keith D. Gilbert

1111 Third Avenue, Suite 2220
Seattle, Washington 98101-3207
Telephone:  (206) 442-9232
Fax:  (206) 682-3746


s/ Todd Maybrown
TODD MAYBROWN
Counsel for Sergey Zarodnyuk

Allen, Hansen & Maybrown
600 University Street, Suite 3020
Seattle, Washington  98101
Telephone: (206) 447-9681
Fax: (206) 447-0839
E-mail: todd@ahmlaywers.com

ORDER CONTINUING
TRIAL/GILBERT (CR05-0071P) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970