Judge Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-0071P |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL |
| KEITH D. GILBERT and GHASSAN H. HADDAD, | |
| Defendants. | |

The Court has considered the Stipulation executed by the parties pursuant to 18 U.S.C. § 3161(h)(8)(A) concerning a continuance of the trial in this case:

The Court finds that continuing the trial in this case is necessary in order to allow defense counsel adequate time to investigate and effectively to prepare for trial.

The Court further finds, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the ends of justice served by continuing the trial in this case outweigh the interest of the public and of the Defendants in a more speedy trial.

IT IS THEREFORE ORDERED that the trial in this case shall be continued until March 20, 2006, and that the period of time from December 5, 2005, up to and including March 20, 2006, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A); and

IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall be January 13, 2006, and that responses to motions shall be due January 27, 2006.

1  DONE this 29th day of November, 2005

2

3  /S/Marsha J. Pechman
   MARSHA J. PECHMAN
4  United States District Judge

5  Presented by:

6

7  s/Andrew C. Friedman
   ANDREW C. FRIEDMAN
   Assistant United States Attorney

8

9  s/C. Andrew Colasurdo
   C. ANDREW COLASURDO
10 Special Assistant United States Attorney

11 United States Attorney's Office
   700 Stewart Street, Suite 5220
12 Seattle, Washington  98101-3903
   Telephone:  (206) 553-7970
13 Fax:  (206) 553-0755
   E-mail:  Andrew.Friedman@usdoj.gov
14          Andrew.Colasurdo@usdoj.gov

15

16 s/Walter G. Palmer
   WALTER G. PALMER
   Counsel for Keith D. Gilbert
17 1111 Third Avenue, Suite 2220
   Seattle, Washington 98101-3207
18 Telephone:  (206) 442-9232
   Fax:  (206) 682-3746

19

20 s/Peter A. Camiel
   PETER A. CAMIEL
21 Counsel for Ghassan H. Haddad.
   Mair & Camiel, P.S.
22 710 Cherry Street
   Seattle, Washington  98104
23 Telephone: (206) 624-1551
   Fax: (206) 623-5951

24

25

26

27

28

ORDER CONTINUING TRIAL/GILBERT (CR05-0071P) - 2