Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-0071P |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER CONTINUING TRIAL |
| ) | |
| KEITH D. GILBERT, ) | |
| ) | |
| Defendant. ) | |

WHEREAS, defendant, KEITH D. GILBERT, is charged in this case with a number of firearms-related charges;

WHEREAS, GHASSAN HADDAD previously was charged as a co-defendant of Gilbert's;

WHEREAS, HADDAD filed motions to suppress evidence and to dismiss the charges against him;

WHEREAS, HADDAD moved for a continuance in order to litigate those motions, which were likely to be dispositive, and yet allow defense counsel adequate time to prepare for trial;

WHEREAS, this Court conducted a status conference at which counsel for the Government and Gilbert did not object to a continuance;

WHEREAS both GILBERT and HADDAD filed waivers of their rights to a speedy trial waiving that right through September 30, 2006; and

WHEREAS, the evidence in this case is voluminous, and includes more than a thousand pages of discovery, dozens of tape recordings of conversations, and hundreds of

1  items of evidence seized during the execution of search warrants; now, therefore

2  THE COURT FINDS that continuing the trial in this case is necessary in order to
3  allow defense counsel adequate time to investigate and effectively to prepare for trial;

4  THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
5  ends of justice served by continuing the trial in this case outweigh the interest of the public
6  and of the defendants in a more speedy trial.

7  IT IS THEREFORE ORDERED that the trial in this case shall be continued until
8  September 5, 2006, and that the period of time from the previously-scheduled trial date of
9  March 20, 2006, up to and including September 5, 2006, shall be excludable time under 18
10 U.S.C. § 3161(h)(8)(A).

11 DONE this 7th day of April, 2006

14 /S/Marsha J. Pechman
   MARSHA J. PECHMAN
15 United States District Judge

16 Presented by:

18 s/Andrew C. Friedman
   ANDREW C. FRIEDMAN
19 Assistant United States Attorney

21 s/C. Andrew Colasurdo
   C. ANDREW COLASURDO
   Special Assistant United States Attorney

23 United States Attorney's Office
   700 Stewart Street, Suite 5220
   Seattle, Washington  98101-3903
24 Telephone:  (206) 553-7970
   Fax:  (206) 553-0755
25 E-mail:  Andrew.Friedman@usdoj.gov
            Andrew.Colasurdo@usdoj.gov

28 CERTIFICATE OF SERVICE

1  I hereby certify that on April 7, 2006, I electronically filed the foregoing with the
2  Clerk of Court using the CM/ECF system which will send notification of such filing to the
3  attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s)
4  of record for the defendant(s) that are non CM/ECF participants via telefax.

s/Lisa Elliott
Lisa Elliott
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-2267
Fax: 206-553-0755
E-mail: Lisa.Elliott@usdoj.gov