Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR05-0071P |
| v. | ) ORDER CONTINUING TRIAL |
| KEITH D. GILBERT, | ) |
| Defendant. | ) |

WHEREAS, defendant, KEITH D. GILBERT, is charged in this case with a number of firearms-related charges;

WHEREAS, GHASSAN HADDAD previously was charged as a co-defendant of Gilbert's;

WHEREAS, HADDAD filed motions to suppress evidence and to dismiss the charges against him;

WHEREAS, HADDAD moved for a continuance in order to litigate those motions, which were likely to be dispositive, and yet allow defense counsel adequate time to prepare for trial;

WHEREAS, this Court conducted a status conference at which counsel for the Government and Gilbert did not object to a continuance;

WHEREAS both GILBERT and HADDAD filed waivers of their rights to a speedy trial waiving that right through September 30, 2006; and

WHEREAS, the evidence in this case is voluminous, and includes more than a thousand pages of discovery, dozens of tape recordings of conversations, and hundreds of

1   items of evidence seized during the execution of search warrants; now, therefore

2   THE COURT FINDS that continuing the trial in this case is necessary in order to
3   allow defense counsel adequate time to investigate and effectively to prepare for trial;

4   THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the
5   ends of justice served by continuing the trial in this case outweigh the interest of the public
6   and of the defendants in a more speedy trial.

7   IT IS THEREFORE ORDERED that the trial in this case shall be continued until
8   September 5, 2006, and that the period of time from the previously-scheduled trial date of
9   March 20, 2006, up to and including September 5, 2006, shall be excludable time under 18
10  U.S.C. § 3161(h)(8)(A).

11  DONE this 7th day of April, 2006

14              /S/Marsha J. Pechman
                MARSHA J. PECHMAN
15              United States District Judge

16
    Presented by:
17

18  s/Andrew C. Friedman
    ANDREW C. FRIEDMAN
19  Assistant United States Attorney

20
    s/C. Andrew Colasurdo
21  C. ANDREW COLASURDO
    Special Assistant United States Attorney
22
    United States Attorney's Office
23  700 Stewart Street, Suite 5220
    Seattle, Washington  98101-3903
24  Telephone:  (206) 553-7970
    Fax:  (206) 553-0755
25  E-mail:  Andrew.Friedman@usdoj.gov
             Andrew.Colasurdo@usdoj.gov
26

27

28              CERTIFICATE OF SERVICE

1  I hereby certify that on April 7, 2006, I electronically filed the foregoing with the
2  Clerk of Court using the CM/ECF system which will send notification of such filing to the
3  attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s)
4  of record for the defendant(s) that are non CM/ECF participants via telefax.

```
                                            s/Lisa Elliott
                                            Lisa Elliott
                                            Legal Assistant
                                            United States Attorney's Office
                                            700 Stewart Street, Suite 5220
                                            Seattle, Washington 98101
                                            Phone: 206-553-2267
                                            Fax: 206-553-0755
                                            E-mail: Lisa.Elliott@usdoj.gov
```